UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO GARCIA,

Plaintiff,

v.

BULMARO GONZALEZ, et al.,

Defendants.

Case No. 22-cv-00133-AGT

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Re: Dkt. No. 48

Richard Mac Bride's unopposed motion to withdraw as counsel for defendants Bulmaro Gonzalez and Jong Kyoo Lee is granted, subject to the conditions of Civil Local Rule 11-5(b).  By January 17, 2024, Mac Bride must serve a copy of this order on defendants and file proof of service.

By January 31, 2024, each defendant must separately notify the Court in writing whether he intends to represent himself or hire new counsel for this case.

**IT IS SO ORDERED.**

Dated: January 11, 2024

ALEX G. TSE
United States Magistrate Judge